# UNITED STATES DISTRICT COURT
## District of Minnesota

Jorge Dario Daquilema Roldan,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood, and Warden of El Paso Camp East Montana, The,

Respondents,

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-00946-NEB-JFD

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Clerk of Court is directed to transfer this case to the United States District Court for the Western District of Texas.

Date: 2/9/2026

KATE M. FOGARTY, CLERK